Decided November 28, 1995

EVELYN R. NEWTON *v.* TOWN OF GREENWICH

The plaintiff's petition for certification for appeal from the Appellate Court, 39 Conn. App. 912 (AC 13804), is denied.

*John F. Newton*, in support of the petition.

*Joyce H. Young*, assistant town attorney, in opposition.

Decided November 28, 1995